# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

BRIAN KEITH NOBLE,

    Plaintiff,

v.                            Civil Action No. 3:19CV309

HAMPTON ROADS REGIONAL JAIL, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on May 9, 2019, the Court conditionally docketed this action filed by Brian Keith Noble. On August 7, 2019, the United States Postal Service returned an August 2, 2019 Memorandum Order marked, "RETURN TO SENDER" and "NO LONGER AT THIS ADDRESS." Since that date, Noble has not contacted the Court to provide a current address. Noble's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Noble.

                           /s/       REP
                           Robert E. Payne
                           Senior United States District Judge

Date: September 3, 2019
Richmond, Virginia